**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MICHAEL GIUFFRIDA** | ) | |
| **Plaintiff,** | ) | **Case No.:** |
| **v.** | ) | |
| **TOWN SPORTS INTERNATIONAL, LLC,** | ) | |
| **and** | ) | |
| **UNIWEST CONSTRUCTION, INC.,** | ) | |
| **Defendants.** | ) | |

**DEFENDANT TOWN SPORTS INTERNATIONAL, LLC'S NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Town Sports International, LLC's ("TSI") files this Notice of Removal pursuant to 28 U.S.C. §§1332, 1441, and 1446. TSI seeks removal of civil case number 2017 CA 000869 B from the Superior Court for the District of Columbia, to the United States District Court for the District of Columbia. Removal of this action is proper for the following reasons:

## I. COMMENCEMENT AND SERVICE

1. On February 9, 2017, Plaintiff Michael Giuffrida ("Plaintiff") filed suit against TSI and Uniwest Construction, Inc. ("Uniwest") in the Superior Court for the District of Columbia, Civil Division (Case No.: 2017 CA 000869 B) ("Complaint"). (A true and correct copy of the Summons and Complaint are attached hereto and marked "**Exhibit A**"; Declaration of Patrick Burns in Support of Defendant's Notice of Removal filed herewith ("Burns Decl."), ¶ 2).)

2. On February 21, 2017, Plaintiff served TSI with the Complaint. (A true and correct copy of the Notice of Service of Process is attached hereto and marked "**Exhibit B**"; and

Burns Declaration, ¶ 3.)

3. TSI filed its Answer and Grounds of Defense to the Complaint in state court on March 13, 2017 (A true and correct copy of TSI's Answer is attached hereto and marked "**Exhibit C**"; and Burns Declaration, ¶ 4.).

4. This Notice of Removal is timely filed within thirty days of the receipt of the Complaint. (28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (service of process is the official trigger for responsive action).

## II. GROUNDS FOR REMOVAL – DIVERSITY JURISDICTION

5. TSI is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§1332, 1441, and 1446, because this action is a civil action involving an amount in controversy exceeding $75,000.00, between parties with complete diversity of citizenship. (28 U.S.C. § 1332(a) (district courts have original jurisdiction where the matter in controversy: (1) exceeds the sum of $75,000.00, exclusive of costs and interest; and (2) is between citizens of different states).)

## III. DIVERSITY OF CITIZENSHIP

6. This is an action between parties with complete diversity of citizenship.

7. Diversity of citizenship exists where the matter in controversy is between citizens of different states. (28 U.S.C. §1332(a).) A corporation for purposes of 28 U.S.C. § 1332(a) is considered a citizen of any state in which it is incorporated and in which it has its principal place of business. (28 U.S.C. §1332(c).)

8. Plaintiff is a resident of the District of Columbia. (Complaint, Exhibit 1, ¶ 2.)

9. TSI is a New York Limited Liability Company with its principal place of business in New York, New York. (*See* TSI's Certificate of Publication, attached as **Exhibit F**; Burns Decl. ¶ 7.) New York City is where TSI's officers direct, control, and coordinate TSI's business activities. (*See, e.g.*, *Hertz Corp. v. Friend*, 559 U.S. 77, 80-81 (2010) ("the phrase 'principal place of business' refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities.").)

10. Uniwest is a Virginia Corporation with its principal place of business in Falls Church, Virginia. (*See* Complaint, case caption; Virginia State Corporation Commission Corporate Data Inquiry, attached as **Exhibit G**; Burns Decl. ¶ 8.)

11. Thus, because Plaintiff and Defendants are from different states, complete diversity of citizenship exists, and the first prong of 28 U.S.C. § 1332(a) is satisfied.

## IV. AMOUNT IN CONTROVERSY

12. Under 28 U.S.C. § 1332(a), district courts have original jurisdiction where the matter in controversy exceeds the sum of $75,000.00, exclusive of costs and interest.

13. In an action such as this one where plaintiffs seek declaratory relief, "the amount in controversy is measured by the value of the object of the litigation." (*Hunt v. Washington State Apple Advertising Commission*, 432 U.S. 333, 347 (1977). The Plaintiff's Complaint alleges that TSI and Uniwest jointly and severally are liable in the amount of $3,000,000.00. (Complaint, pp, 5-7.)

## V. VENUE

14. Venue properly lies in the United States District Court for the District of Columbia, because Plaintiff filed the state court action in this judicial district and division. (*See* 28 U.S.C. §§ 1441, 1446.)

## VI. NOTICE

15. Defendant will give notice of the filing of this Notice of Removal to all parties of record. Defendant will also file with the clerk of the state court a notice of the filing of this Notice of Removal.

## VII. STATE COURT PLEADINGS

16. Copies of all state court pleadings and orders are attached to this Notice of Removal. Defendant attaches and incorporates by reference true and correct copies of all pleadings and other documents that were previously filed with the state court:

**Exhibit A**: Summons and Complaint

**Exhibit B**: Notice of Service on TSI

**Exhibit C**: TSI's Answer and Grounds of Defense

**Exhibit D**: Uniwest Answer and Grounds of Defense

**Exhibit E:** Praecipe to Change Address of Record of Counsel for Uniwest

## VIII. PRAYER

WHEREFORE, pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendant Town Sports International, LLC files this Notice of Removal with the United States District Court for the District of Columbia, and hereby seeks to remove this action from the Superior Court for the District of Columbia.

Dated: March 23, 2017

Respectfully submitted,

/s/ Patrick K. Burns

Patrick K. Burns (Bar No. 1005930)
GORDON & REES LLP
1300 I Street NW, Suite 825
Washington, DC 20005
Main: 202-399-1009
Fax: 202-800-2999
pburns@gordonrees.com

*Counsel for Defendants Town Sports International, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2017, I sent a copy of the foregoing via U.S. Mail:

Scott M. Perry, Esq.
Mikhael D. Charnoff, Esq.
PERRY CHARNOFF PLLC
2300 Wilson Boulevard, Suite 240
Arlington, Virginia 22201

*Counsel for Plaintiff*

Christopher K. Mangold, Esq.
LAW OFFICE OF ANTHONY D. DWYER
1954 Greenspring Drive, Suite 435
Timonium, Maryland 21093

*Counsel for Uniwest Construction, Inc.*

*/s/ Patrick K. Burns*
Patrick K. Burns, Esq.